**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
|    Larry Whitesell | ) | Case No.19-11547 |
|    Jessica Whitesell | ) | |
| | ) | |
| | ) | |
| | ) | CHAPTER 13 |
|    Debtor(s) | | |

**Amended PRE CONFIRMATION MODIFICATION TO PLAN**

COMES NOW, the Debtor, by Counsel, and states as follows:

1. Debtor's plan will be modified to provide:

   a. General unsecured creditors shall receive as an additional distribution $3827.27 (the value of Debtor's stocks.

   b. Debtor's payment shall increase with the May 2023 payment by $40.08 (this is the date the 401k pays off.)  Debtor's payment shall again increase with the October 2023 payment by $22.00 (the date the second 401k loan pays off).

   c. The Plan proposes for the debtors to turn over a portion of their 2019 tax refunds. The funds from the turnover portion of the 2019 tax refunds are additional to general unsecured creditors and not for general plan funding.

Dated: 11/13/2019 /s/Scott Federspiel

Scott Federspiel
Attorney for Debtor
475 Anchorage Road, Suite 12
Warsaw. IN 46580
574-268-2900

**CERTIFICATE OF SERVICE**

The undersigned, Scott Federspiel, does affirm that this Notice was either mailed through First Class service of United States postal service or through ECF this November 13, 2019.

Trustee, ECF
US Trustee, ECF
Debtors via US Mail.
Attached creditor matrix via mail

/s/ Scott Federspiel
Scott Federspiel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-1<br>Case 19-11547-reg<br>Northern District of Indiana<br>Fort Wayne Division<br>Fri Nov  8 11:48:04 EST 2019 | AMERICAN HEALTH NETWORK<br>PO BOX 4728<br>Carol Stream, IL 60197-4728 | ARS NATIONAL SERVICES INC<br>PO BOX 269046<br>Escondido, CA 92046-9046 |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | BEST BUY/CBNA<br>PO BOX 6497<br>Sioux Falls, SD 57117-6497 | BLACKFORD HOSPITAL<br>410 PILGRIM BLVD<br>Hartford City, IN 47348-1897 |
| Blackford County Treasurer<br>P.O. Box 453<br>Hartford City IN 47348-0453 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | CAPITAL ONE<br>PO BOX 6492<br>Carol Stream, IL 60197-6492 |
| CAPITAL ONE BANK USA<br>PO BOX 30281<br>Salt Lake City, UT 84130-0281 | CAPITAL ONE/MENARDS<br>PO BOX 7680<br>Carol Stream, IL 60116-7680 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| DITECH<br>PO BOX 16009<br>Tempe, AZ 85284-0109 | Ditech Financial LLC<br>PO Box 12740<br>Tempe AZ 85284-0046 | ERIN VINSON, DO<br>3631 N. MORRISON ROAD<br>Muncie, IN 47304-5547 |
| EYE ASSOCIATES GROUP, LLC<br>315 HUGGINS DR.<br>PO BOX 166<br>Hartford City, IN 47348-0166 | FIRST SOURCE ADVANTAGE, LLC<br>PO BOX 628<br>Buffalo, NY 14240-0628 | Scott W. Federspiel<br>Gloyeski Law Office<br>475 Anchorage Road, Suite 12<br>Warsaw, IN 46580-2269 |
| Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 | HEALTH CARE CONNECTIONS<br>C/O IMC CREDIT<br>6955 HILLSDALE CT<br>Indianapolis, IN 46250-2054 | HEALTH CARE CONNECTIONS<br>PO BOX 20636<br>Indianapolis, IN 46220-0636 |
| IMC CREDIT SERVICES<br>8085 KNUE ROAD<br>Indianapolis, IN 46250-1921 | IU HEALTH/BALL MEMORIAL HOSPITAL<br>2401 W. UNIVERSITY AVE<br>Muncie, IN 47303-3499 | (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 |
| Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Indiana University Health System<br>PO Box 1123<br>Minneapolis MN 55440-1123 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JR FLOORING<br>700 W. HUNTINGTON ST.<br>Montpelier, IN 47359-1257 | LABORATORY CORP. OF AMERICA<br>PO BOX 2240<br>Burlington, NC 27216-2240 | MAKES CENTS, INC DBA MAXLEND<br>PO BOX 639<br>Parshall, ND 58770-0639 |

| | | |
|---|---|---|
| MATTHEW MADDOX DENISTRY, LLC<br>1200 N. WALNUT ST.<br>Hartford City, IN 47348-1338 | MIDLAND  CREDIT MGMT<br>350 CAMINO DE LA REINA<br>STE 100<br>San Diego, CA 92108-3007 | Midland Funding LLC<br>Po Box 2011<br>Warren MI 48090-2011 |
| Debra L. Miller<br>P.O. Box 11550<br>South Bend, IN 46634-0550 | NET CREDIT<br>175 W. JACKSON BLVD, STE 1000<br>Chicago, IL 60604-2863 | NetCredit<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 |
| ONEMAIN FINANCIAL<br>PO BOX 790368<br>Saint Louis, MO 63179-0368 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Steven Henry Patterson<br>Reisenfeld & Associates, LPC-LLC<br>3962 Red Bank Road<br>Cincinnati, OH 45227-3408 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | REISENFELD & ASSOCIATES LLC<br>3962 RED BANK ROAD<br>Cincinnati, OH 45227-3408 | REPUBLIC BANK & TRUST<br>PO BOX 950276<br>Louisville, KY 40295-0276 |
| STENGER & STENGER, PC<br>2618 EAST PARIS AVE SE<br>Grand Rapids, MI 49546-2458 | STEVEN A. FARMER, MD<br>3631 N. MORRISON ROAD<br>Muncie, IN 47304-5547 | SYNCB/WALMART<br>4125 WINDWARD PLAZA<br>Alpharetta, GA 30005-8738 |
| SYNCHRONY BANK/SCOREREWARDS<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | VIA CREDIT UNION<br>4505 SOUTH ADAMS ST<br>Marion, IN 46953-5351 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Jessica Ann Whitesell<br>5616 East 250 North<br>Hartford City, IN 47348-8912 | Larry Joe Whitesell III<br>5616 East 250 North<br>Hartford City, IN 47348-8912 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Indiana Department of Revenue<br>Bankruptcy Section - MS 108<br>100 North Senate Avenue, N240<br>Indianapolis IN  46204 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC

End of Label Matrix
Mailable recipients    50
Bypassed recipients     1
Total                  51